**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ABC BUSINESS FORMS, INC., | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | 13 CV 7413 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Judge Leinenweber |
| | ) | Magistrate Judge Finnegan |
| COLORADO TEXTILE, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED STIPULATION TO VACATE DEFAULT
AND DISMISS CAUSE OF ACTION**

Plaintiff respectfully requests that this Court enter an order vacating the Court's default order of May 27, 2014 and dismissing the above captioned matter with prejudice as to Plaintiff and without prejudice as to the putative class.

1. On May 27, 2014, this Court entered an Order of Default against Defendant for having failed to appear in the action and answer or otherwise plead.

2. Subsequently, the Parties reached an agreement as to settlement of the captioned matter on an individual basis.

3. Consequently, plaintiff requests that the May 27, 2014 Order be vacated to reflect the current status of the case.

5. Additionally, in light of the Parties' agreement to resolve the matter, the Parties, pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

WHEREFORE, plaintiff respectfully requests that this Court enter an Order: (1) vacating the Court's default order of May 27, 2014; (2) dismissing Plaintiff's individual claims against Defendant with prejudice, with each party bearing its own costs; and (3) dismissing Plaintiff's class claims without prejudice and with each party bearing its own costs.

Respectfully submitted,

**PLAINTIFF**                                                **DEFENDANT**

ABC BUSINESS FORMS, INC                          COLORADO TEXTILE, INC.


s/ Dulijaza Clark                                          s/ Johnny Lee (with permission)
By One of Its Attorneys                              By its President
Daniel A. Edelman
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## <u>CERTIFICATE OF SERVICE</u>

   I, Dulijaza Clark, certify that on July 15, 2014, or as soon thereafter as service may be effectuated, I caused a true and accurate copy of the foregoing document to be served, via US Mail, on the following party:

  Colorado Textile, Inc.
  4010 Holly Street, Unit 1
  Denver, CO 80216


         <u>s/ Dulijaza Clark</u>
         Dulijaza (Julie) Clark



Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)