# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

ABC Business Forms, Inc.

                                  Plaintiff,

v.                                             Case No.: 1:13−cv−07413

                                                                Honorable Harry D. Leinenweber

Colorado Textile, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2014:

      MINUTE entry before the Honorable Harry D. Leinenweber: The agreed stipulation to vacate default and dismiss cause of action with prejudice as to plaintiff and without prejudice as to the putative class, is granted. Prove−up hearing stricken.Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.